| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  B. Date of Delivery<br>C. Signature<br>X  *Bim A Nolan*   ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br><br>Hon. David Kappos<br>Director, US Patent & Trademark Office<br>600 Dulany Street<br>Madison Building East, Rm 20B20<br>Alexandria, VA 22314 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy from service label)   7000 1670 0012 2265 6999 | |

PS Form 3811, July 1999          Domestic Return Receipt          102595-00-M-0952

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Martin A. Bruehs, Esq.
Buchanan Ingersoll & Rooney, PC
1737 King Street, Suite 500
Alexandria, VA 22314

1034227-000490

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:10-cv-00271

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Hon. David Kappos
was received by me on *(date)* 02/19/2010 .

☑ I personally served the summons on the individual at *(place)* 600 Dulany Street, Madison Building East, Room 20B20, Alexandria, VA 22314    on *(date)* 02/22/2010    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/22/2010

*Server's signature*

Allie L. Bernardo
*Printed name and title*

Buchanan Ingersoll & Rooney PC
1737 King Street, Suite 500
Alexandria, VA 22314
*Server's address*

Additional information regarding attempted service, etc:
Service was made by Certified Mail/Return Receipt Requested (Article Number - 7000 1670 0012 2265 6999)

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Hon. David Kappos  Rm. 20B20
Street, Apt. No.; or PO Box No.: 600 Dulany St, Mad Bldg East
City, State, ZIP+4: Alexandria, VA 22314

PS Form 3800, May 2000        See Reverse for Instructions

7000 1670 0012 2265 6999

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Hon. David Kappos
   Director, US Patent & Trademark Office
   600 Dulany Street
   Madison Building East, Rm 20B20
   Alexandria, VA 22314

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by *(Please Print Clearly)*   B. Date of Delivery

C. Signature
X
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number *(Copy from service label)*   7000 1670 0012 2265 6999

PS Form 3811, July 1999      Domestic Return Receipt      102595-00-M-0952